IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALYSON BENJAMIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-575-WKW |
| | )         [WO] |
| BANK OF AMERICA, N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the motions to withdraw (Docs. # 14, 15), in which Michael A. Fritz, Sr. and C. Richard Hill, Jr. move to withdraw as counsel of record for Plaintiff, and for good cause shown, it is ORDERED that the motions are GRANTED. The Clerk of Court is DIRECTED to mail a copy of this order to Plaintiff at the address listed for Plaintiff by counsel in their motions to withdraw.

It is further ORDERED that Plaintiff has until November 13, 2014, to find new counsel and to have said counsel make an appearance in this matter, or to state in writing to this court her intention to represent herself as a pro se plaintiff. Failure of Plaintiff to comply with this Order may result in dismissal of her case. It is further ORDERED that this action is STAYED until further order of the court.

DONE this 16th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE